IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Rw Dean Evitt,<br><br>                                    Plaintiff,<br><br>vs.<br><br>State of North Dakota,<br><br>                                    Defendants. | Civil No.: 1:24-cv-00159 |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS FOR LACK OF JURISDICTION

[¶ 1]   THIS MATTER comes before this Court on a Motion to Dismiss for Lack of Jurisdiction filed by the State of North Dakota on October 15, 2024. Doc. No. 8. United States Magistrate Judge Clare R. Hochhalter filed a Report and Recommendation on December 11, 2024. Doc. No. 12. In it, Magistrate Judge Hochhalter recommends the Motion to Dismiss be granted. Id. The deadline to file objections was December 26, 2024. To date, no objection has bee filed.

[¶ 2]   Therefore, the Court has reviewed the Report and Recommendation and the entire record in this case. The Court finds the Report and Recommendation persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety.  The State of North Dakota's Motion to Dismiss for Lack of Jurisdiction is **GRANTED**. This case is, therefore, **DISMISSED**.

[¶ 3]   **IT IS SO ORDERED**.

Dated December 30, 2024.

Daniel M. Traynor, Judge
United States District Court